531 A.2d 1112

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Randy TANGLE, Appellee.**

Supreme Court of Pennsylvania.

Argued March 11, 1987.

Decided Oct. 15, 1987.

Michael J. Veshecco, Dist. Atty., William T. Morton, Asst. Dist. Atty., Erie, for appellant.

Terrence P. Cavanaugh (Court-appointed), Wesleyville, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

In light of *Commonwealth v. Randall,* 515 Pa. 410, 528 A.2d 1326 (1987), the order of the Superior Court is re-

versed and the judgment of sentence of the Court of Common Pleas of Erie County is reinstated.

NIX, C.J., and ZAPPALA, J., note their dissent.